NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: troy.flake@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN SANCHEZ-FEDERICO and ESTELA GARCIA-FEDERICO,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>Defendants. | Case No. 2:17-cv-02568-GMN-DJA<br><br>**STIPULATION TO DISMISS CLAIMS OF ESTELA GARCIA-FEDERICO** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) the parties stipulate to dismiss the claims of Plaintiff Estela Garcia-Federico with prejudice. Each party will bear its own costs and fees as related to these claims.

Respectfully submitted this 11th day of September 2019.

| | |
|---|---|
| STUCKI INJURY LAW | NICHOLAS TRUTANICH<br>United States Attorney |
| /s/ Kyle A. Stucki, Esq.<br>KYLE A. STUCKI, ESQ.<br>1980 Festival Plaza Dr., Ste. 300<br>Las Vegas, NV 89135<br>Attorney for Plaintiff | */s/ Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorneys<br><br>Attorneys for the United States |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

1