KYLE A. STUCKI, ESQ
Nevada Bar No. 12646
**STUCKI INJURY LAW**
1980 Festival Plaza Dr., Ste. 300
Las Vegas, NV 89135
Email     Kyle@StuckiInjuryLaw.com
Phone/Fax   385.210.1234
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTICT OF NEVADA**

| | |
|---|---|
| RUBEN SANCHEZ-FEDERICO and ESTELA GARCIA-FEDERICO, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, EX REL; and DOES I through X, inclusive, <br><br> Defendants. | Case No: 2:17-cv-02568 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties that the above-entitled matter be dismissed with prejudice. Each party shall

///

///

///

-1-

bear its own attorneys' fees and costs. .

| | |
|---|---|
| DATED: January 7, 2020. | DATED: January 7, 2020. |
| STUCKI INJURY LAW | UNITED STATES ATTORNEY |
| /s/ Kyle A. Stucki, Esq., MBA | /s/ Troy K. Flake, Esq. |
| KYLE A. STUCKI, ESQ., MBA | TROY K. FLAKE, ESQ. |
| 1980 Festival Plaza Drive, Suite 300 | 501 Las Vegas Blvd. South, Ste. 1100 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff | Attorneys for United States of America |

### ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 40), is **GRANTED**.

**IT IS FURTHER ORDERED** that, in light on the above, all motions currently pending on the docket are **DENIED as moot**.

**DATED** this  10  day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court